20696.   NEWMAN *v.* CITY COUNCIL OF AUGUSTA *et al.*

BROYLES, C. J.   1. "Mere threats can not constitute duress." *Cox* v. *Cox,* 159 *Ga.* 864 (127 S. E. 132) ; *Augusta Motors Sales Co.* v. *King,* 33 *Ga. App.* 433 (126 S. E. 866); *Patrick* v. *Wood,* 162 *Ga.* 137 (2) (133 S. E. 870), and cit.

2. The verdict in favor of the defendants was amply authorized by the

evidence, and the special grounds of the motion for a new trial show no cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 8, 1930. REHEARING DENIED NOVEMBER 11, 1930.

*Paul T. Chance,* for plaintiff. *J. Paul Stephens,* for defendant.